FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 FEB 18 PM 1:01

*Keith E. Hottle*

KEITH E. HOTTLE, CLERK



## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 11, 2015

Royal B. Lea, III
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, TX 78212

Philip M. Ross
Attorney At Law
1006 Holbrook Road
San Antonio, TX 78218

Lauren Saks Merriman
825 W. Fulton Market, Unit 2
Chicago, IL 60607

Sandra C. Saks
218 Treasure Way
San Antonio, TX 78209

Susan Allison Kidwell
600 Congress Ave Ste 2200
Austin, TX 78701-2748

A. Chris Heinrichs
Heinrichs & DeGennaro, P.C.
100 N.E. Loop 410, Suite 1075
San Antonio, TX 78216

RE:  Court of Appeals Number:  04-13-00518-CV and 04-13-00875-CV
     Trial Court Case Number:  2011-PC-3466
     Style:  Sandra Garza Davis f/k/a Sandra C. Saks and
             Landen Saks v. Lauren Saks Merriman

Dear Counsel,

Please be advised the panel in this case has changed. The original panel was Chief Justice Catherine Stone, Justice Karen Angelini, and Justice Rebeca C. Martinez. The updated panel consists of Justice Karen Angelini, Justice Rebeca C. Martinez, and Justice Jason Pulliam. The submission date remains the same.

If you have any questions or require additional information, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

*Margaret E. Adams*

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854

cc:  Jonathan Yedor

# COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1P $ 000.480
0003179973 FEB 11 2015
MAILED FROM ZIP CODE 78205

# is
disconnected

2/18/15

Sandra  C. Saks
218 Treasure Way
San Antonio Tx  78209

NIXIE          782    DE 1009          0002/14/15

                RETURN TO SENDER
                    VACANT
                UNABLE TO FORWARD

BC:  78205303799          *1993-08944-11-43